UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SEGUNDO ALFREDO ZARUMA,

                  **Plaintiff,**                      18-CV-3058 (SN)

     -against-                                  **ORDER**

HOMETOWN RESTORATION, LLC, THOMAS
A. KEITH, and DONALD GUTERL,

                  **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        After reaching a settlement in this this Fair Labor Standards Act Case, the parties consented to my jurisdiction on February 11, 2019. ECF No. 35. Pursuant to <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015), Plaintiff submitted the settlement for approval. <u>See</u> ECF No. 32. Because the agreement's confidentiality and non-disparagement clauses were not compliant with <u>Cheeks</u>, I denied the request to approve the settlement. <u>See</u> ECF No. 36. The parties have now submitted a revised agreement. <u>See</u> ECF No. 41. That agreement does not have a confidentiality clause, and it exempts any truthful statements from the non-disparagement provision. <u>See</u> ECF No. 41 at 4. Thus, I find that the settlement agreement is fair and reasonable under <u>Cheeks</u>. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:    May 17, 2019
               New York, New York